UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   2:07-cv-06003-ER-RCx                             Date:  January 11, 2008
Title:     *Akram Abudhadba v. Banco Popular North America, et al.*
================================================================================
PRESENT:  HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

  Pamela Silence         None Present
  Courtroom Deputy        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present         None Present

PROCEEDINGS: **ORDER TO SHOW CAUSE FOR POSSIBLE DISMISSAL FOR LACK OF PROSECUTION** (IN CHAMBERS)

The Court, on its own Motion, hereby ORDERS plaintiffs to show cause *in writing* not later than February 25, 2008 why this action should not be dismissed for lack of prosecution. An action <u>may</u> be dismissed prior to such time if plaintiff fails to respond to this order.

The Court further notes that defendant's answer is to be filed within 20 days (30 days out of state, 60 days if the defendant is the United States) (FRCivP 4) of the date of service of the summons and **First Amended Complaint**. Counsel are advised that *no stipulations*, including those for extensions of time, are effective unless approved by this Court (except as provided in the Local Rules.)

Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, NO ORAL ARGUMENT will be heard on this matter unless ordered by the Court. The Court will consider as a satisfactory response the filing of the following on or before the date indicated above:

  Plaintiff filing an Application for Default (FRCivP 55a) **re First Amended Complaint**, Consent Judgment or Request for Dismissal

**FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.**

                       :
             Initials of Preparer  prs